UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
FILED

JUN 1 4 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CARLOS PACHECO DEL ANGEL | § § | |
| Plaintiff | § § | |
| v. | § § | Civil Action B-04-065 |
| TOM RIDGE, United States Department of Homeland Security, JOHN ASHCROFT, United States Attorney General, and THE UNITED STATES OF AMERICA | § § § § § § § | |
| Defendants | § § | |

## AGREED MOTION FOR EXTENSION OF ANSWER DEADLINE

All parties, after conference, file this *Agreed Motion for Extension of Deadline* and would respectfully show the Court as follows:

1. This case involves allegations by Plaintiff that he was improperly ordered removed from the United States by the immigration court.

2. The United States has an answer deadline of June 14, 2004.

3. The United States after conferring with Plaintiff is attempting to investigate a last few remaining facts which may lead to the swift resolution of this matter.

4. This continuance is not sought for purposes of delay only, but that justice may be done.

### CONCLUSION

WHEREFORE, for the foregoing reasons, Defendant respectfully requests this Court grant this Motion and extend the United States' answer deadline for SEVEN (7) days so that discovery

may be completed and an answer filed if necessary.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

For: *[signature]*, AUSA

STEVEN SCHAMMEL
Assistant United States Attorney
1701 W. Highway 83 #600
McAllen, TX 78550
(956) 618-8010/FAX (956) 618-8016
State Bar No. 24007990
Federal I.D. No. 23180

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff was contacted by phone on June 14, 2004. Plaintiff was in agreement with this motion.

For: *[signature]*, AUSA

STEVEN SCHAMMEL
Assistant United States Attorney

## CERTIFICATE OF SERVICE

This will certify that a copy of this *Agreed Motion for Extension of Answer Deadline* was served by certified mail, return receipt requested, on the 14th day of June, 2004, to:

Ms. Lisa Brodyaga
Refugio del Rio Grande
17891 Landrum Park Road
San Benito, Texas 78586

For: *[signature]*, AUSA

STEVEN SCHAMMEL
Assistant United States Attorney

2