3

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**JUN 1 5 2004**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| CARLOS PACHECO DEL ANGEL | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action B-04-065 |
| | § | |
| TOM RIDGE, United States Department of | § | |
| Homeland Security, | § | |
| JOHN ASHCROFT, United States | § | |
| Attorney General, and THE | § | |
| UNITED STATES OF AMERICA | § | |
| | § | |
| Defendants | § | |

## ORDER GRANTING AGREED MOTION
## FOR
## EXTENSION OF ANSWER DEADLINE

Came on to be heard this day, this *Agreed Motion for Extension of Answer Deadline.*

After considering the Motion, the Court is of the opinion that the Motion is with merit and

should be granted.  It is therefore

ORDERED that this *Agreed Motion for Extension of Answer Deadline* is hereby granted.

The dates for the answer deadline of is now June 21, 2004.

Done this _15_ day of ___June___, 2004 at Brownsville, Texas.

_____
Honorable Andrew Hanen
United States District Judge