IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 9 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CARLOS PACHECO DEL ANGEL | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action B-04-065 |
| | § | |
| TOM RIDGE, United States Department of | § | |
| Homeland Security, | § | |
| JOHN ASHCROFT, United States | § | |
| Attorney General, and THE | § | |
| UNITED STATES OF AMERICA | § | |
| | § | |
| Defendants | § | |

**AGREED MOTION TO STAY REMOVAL**

The issues raised by the Petitioner herein are under investigation by the parties and currently the subject of litigation in this Court..

The Parties request that this Court stay the enforcement of any final order of removal in this case until otherwise ordered by this Court.

Therefore, the parties respectfully submit that pending a final decision by this Court, that this Court stay the enforcement of any final removal proceedings.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

STEVEN T. SCHAMMEL
Assistant United States Attorney
1701 W. Highway 83, Suite 600
McAllen, TX 78550
(956) 618-8010/FAX (956) 618-8016
State Bar No. 24007990
Federal I.D. No. 23180

Ms. Lisa Brodyaga       by permission
Texas Bar: 03052800
Refugio del Rio Grande
17891 Landrum Park Road
San Benito, Texas 78586
Phone: 956-421-3226
Fax:   956-421-3426

## CERTIFICATE OF CONSULTATION

I hereby certify that the foregoing Motion to Stay Deportation was discussed with opposing counsel and that opposing counsel is unopposed to the Motion.

STEVEN T. SCHAMMEL
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel at the following address, by depositing a copy of the same in the United States mail, properly addressed, first class postage prepaid, to:

>Ms. Lisa Brodyaga
>Refugio del Rio Grande
>17891 Landrum Park Road
>San Benito, Texas  78586

on this the _28_ day of _June_, 2004.

>STEVEN T. SCHAMMEL
>Assistant United States Attorney