IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 0 1 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CARLOS PACHECO DEL ANGEL § | |
| § | |
| Plaintiff § | |
| § | |
| v. § | Civil Action B-04-065 |
| § | |
| TOM RIDGE, United States Department of § | |
| Homeland Security, § | |
| JOHN ASHCROFT, United States § | |
| Attorney General, and THE § | |
| UNITED STATES OF AMERICA § | |
| § | |
| Defendants § | |

## ORDER

Upon consideration of the UNOPPOSED MOTION TO STAY REMOVAL, the Court finds that the Motion should be granted.

It is ORDERED that any enforced departure of Petitioner based on the final order of removal to Mexico be stayed pending further orders of this Court.

Done this 1st day of July, 2004, in Brownsville, Texas.

Judge Andrew S. Hanen
United States District Judge

Page 4 of 4