UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUL 1 5 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

CARLOS PACHECO DEL ANGEL )
v. )
TOM RIDGE, U.S. DEPT OF HOMELAND SECURITY, )
JOHN ASHCROFT, U.S. ATTORNEY GENERAL, and )
THE UNITED STATES OF AMERICA. )
_____)

CA B-04-065

ORDER GRANTING

PETITIONER'S UNOPPOSED MOTION FOR EXTENSION OF TIME
IN WHICH TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

Upon consideration of the unopposed motion of Carlos Pacheco Del Angel for an extension of time, to and including August 27, 2004, in which to respond to the Government's motion for summary judgment, and good cause appearing therefor, IT IS HEREBY

**ORDERED**, that said motion be, and the same hereby is, **GRANTED**.

IT IS FURTHER **ORDERED** that Petitioner's opposition to the Government's motion for summary judgment may be filed no later than August 27, 2004, and be considered timely.

**DONE** this ___15th___ Day of July, 2004
at Brownsville, Texas.

HON. ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE