9

B-04-CV-65

AO 440 (Rev.1/90) Summons in a Civil Action

| RETURN OF SERVICE | | United States District Court Southern District of Texas FILED |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 4/19/04 | AUG 0 2 2004 |
| NAME OF SERVER (PRINT) Lisa S. Brodyaga | TITLE Attorney | Michael N. Milby Clerk of Court |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Cert mail RRR

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/25/04
                Date

Signature of Server

[Refugio del R...]
17891 Landrum Park Rd.
San Benito, Texas 78586
(956) 421-3226

Address of Server

---

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:
John Ashcroft
US Atty Gen
950 Penn. Ave NW #5111
Wash DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  APR 1 9 2004

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number (Transfer from service label): 7003 1680 0005 7027 2008

Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540