B-04-CV-65

10

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

United States District Court
Southern District of Texas
FILED
AUG 0 2 2004
Michael N. Milby
Clerk of Court

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 4/15/04 |
| NAME OF SERVER (PRINT) Lisa S. Bradyager | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Cert Mail RRR

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/25/04

Address of Server:
17891 Landrum Park Rd.
San Benito, Texas 78586
(956)421-3226

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
US Attorney
PO Box 61129
Houston Tx
77208

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery 4-16-a

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 1680 0005 7027 2015

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540