

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 4 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CARLOS PACHECO DEL ANGEL  Plaintiff | § § § | |
| v. | § | Civil Action B-04-065 |
| | § | |
| TOM RIDGE, United States Department of Homeland Security, JOHN ASHCROFT, United States Attorney General, and the UNITED STATES OF AMERICA  Defendants | § § § § § § § | |

UNOPPOSED MOTION TO WITHDRAW
UNITED STATES OF AMERICA'S MOTION TO DISMISS
AND/OR MOTION FOR SUMMARY JUDGMENT
AND ANSWER
TO
PETITION FOR WRIT OF HABEAS CORPUS

COMES NOW the United States of America, on behalf of TOM RIDGE, United States Department of Homeland Security, JOHN ASHCROFT, United States Attorney General, and THE UNITED STATES OF AMERICA, acting by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and files this *Unopposed Motion to Withdraw Motion to Dismiss And/or Motion for Summary Judgment and Answer to Plaintiff's Petition for Writ of Habeas Corpus* In support thereof, the United States alleges the following:

1. Defendants have previously filed a motion to dismiss and for summary judgement;

2. Defendants now withdraw their opposition to Plaintiff's Writ of habeas corpus; and

3. Defendants agree that Plaintiff is eligible to apply for cancellation of removal.

        Respectfully submitted,

        MICHAEL T. SHELBY
        UNITED STATES ATTORNEY

        STEVEN SCHAMMEL
        Assistant United States Attorney
        1701 W. Highway 83 #600
        McAllen, TX 78550
        (956) 618-8010
        FAX (956) 618-8016
        State Bar No. 24007990
        Federal I.D. No. 23180

## CERTIFICATE OF CONFERENCE

I hereby certify that the foregoing motion was discussed with opposing counsel and that opposing counsel is unopposed to the Motion.

        STEVEN T. SCHAMMEL
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

This will certify that a copy of this *Unopposed Motion to Withdraw United States of America's Motion to Dismiss And/or Motion for Summary Judgment and Answer To Petition for Writ of Habeas Corpus* was served by certified mail, return receipt requested, on the 23rd day of August, 2004, to:

Ms. Lisa Brodyaga
Refugio del Rio Grande
17891 Landrum Park Road
San Benito, Texas 78586
*CMRRR #*

STEVEN SCHAMMEL
Assistant United States Attorney