UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CARLOS PACHECO DEL ANGEL )
v. )
TOM RIDGE, U.S. DEPT OF HOMELAND SECURITY, ) CA B-04-065
JOHN ASHCROFT, U.S. ATTORNEY GENERAL, and )
THE UNITED STATES OF AMERICA. )
_____)

**PETITIONER'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME
IN WHICH TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**

Carlos Pacheco Del Angel files a second unopposed motion for an extension of time, to and including September 27, 2004, in which to respond to the Government's motion for summary judgment, and in support of same, respectfully shows as follows:

This is a case where Petitioner believes that, from inexperience in immigration law, Respondent has taken a completely untenable legal position, to wit, that an offense is a crime of violence under 8 U.S.C. §1101(a)(43)(F), if the person was sentenced to one year or more deferred probation, even though there was no underlying sentence of imprisonment. Petitioner has been in touch with counsel for Respondents about the issue, who is in the final stages of obtaining the required consent to withdraw said pleading, and settle the case. Rather than expend time in unnecessary pleadings, the parties have agreed to a second extension, to give the Government the necessary time to complete its consultation process. On August 20, 2004, the undersigned spoke with Mr. Schammel, who stated that he was not opposed to the instant motion.

Respectfully submitted,

Lisa S. Brodyaga
REFUGIO DEL RIO GRANDE
17891 Landrum Park Rd.

San Benito, TX 78586				Fed. ID:    1178
(956) 421-3226					Texas Bar: 03052800

**CERTIFICATE OF SERVICE**

I certify that a courtesy copy of the foregoing, with Exhibit C, was mailed, first-class postage prepaid, to Steven Schammel, AUSA, 1701 W. Bus 83, #600, McAllen, Texas 78501, on August 20, 2004.

_____