UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT - 4 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| CARLOS PACHECO DEL ANGEL § | |
| Plaintiff § | |
| § | |
| v. § | Civil Action B-04-065 |
| § | |
| TOM RIDGE, United States Department § | |
| of Homeland Security, § | |
| JOHN ASHCROFT, United States § | |
| Attorney General, and the § | |
| UNITED STATES OF AMERICA § | |
| Defendants § | |

## ORDER GRANTING FEDERAL DEFENDANTS' MOTION TO WITHDRAW MOTION TO DISMISS AND/OR ALTERNATIVELY FOR SUMMARY JUDGMENT

## AND

## ORDER GRANTING PLAINTIFF THE RIGHT TO APPLY FOR CANCELLATION OF REMOVAL

Came on to be heard this day the *Unopposed Motion to Withdraw Motion to Dismiss And/or Motion for Summary Judgment and Answer to Plaintiff's Petition for Writ of Habeas Corpus* filed by Defendants TOM RIDGE, United States Department of Homeland Security, JOHN ASHCROFT, United States Attorney General, and THE UNITED STATES OF AMERICA. Having considered the unopposed motion, the Court is of the opinion that the *Motion to Dismiss And/or Motion for Summary Judgment and Answer to Plaintiff's Petition for Writ of Habeas Corpus* should be withdrawn and the Plaintiff allowed to apply for cancellation of removal.

It is therefore ORDERED that the Motion to Dismiss and/or Motion for Summary Judgment filed by Defendants TOM RIDGE, United States Department of Homeland Security, JOHN

1.

ASHCROFT, United States Attorney General, and THE UNITED STATES OF AMERICA, be and hereby is WITHDRAWN and that Plaintiff has the right to apply for cancellation of removal. The writ of habeas corpus filed by Plaintiff is GRANTED. Costs of Court shall be borne by the party incurring same.

Done this 4th day of October, at Brownsville, Texas.

_____
Honorable Andrew Hanen
United States District Judge